UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HOLLY GRIFFITH, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : FILE NO. _____ |
| | : |
| EXEL INC. and ABACUS CORP., | : |
| | : |
| Defendants. | : |

**DEFENDANT EXEL INC.'S**
**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for Defendant Exel Inc. ("Exel") in this action certifies that the following is a full and complete list of the parties in this action, including any parent corporation and any publicly held corporations that owns 10% or more of the stock of a party:

Plaintiff – Holly Griffith

Defendant – Exel Inc.  Exel Inc. is wholly owned by DPWN Holdings (USA), Inc., which is wholly owned by Deutsche Post Beteiligungen Holding GmbH, which is wholly owned by Deutsche Post AG and is publically traded on the German stock exchange.

Atlanta 1732554.1

Defendant – Abacus Corporation.  Exel does not have information relating to any parent corporation and any publicly held corporations that owns 10% or more of the stock of Abacus.

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys of record.

| | |
|---|---|
| For Plaintiff: | J. Stephen Mixon<br>Alex R. Roberson<br>Millar & Mixon, LLC<br>1691 Phoenix Boulevard<br>Suite 150<br>Atlanta, Georgia  30349 |
| For Defendant Exel: | David R. Kresser<br>Fisher & Phillips LLP<br>1075 Peachtree Street, NE<br>Suite 3500<br>Atlanta, Georgia 30309 |
| For Defendant Abacus: | Charles J. Cole<br>Owen Gleaton Egan Jones & Sweeney, LLP<br>1180 Peachtree St., N.E.<br>Suite 3000<br>Atlanta, GA  30309 |

Respectfully submitted,

David R. Kresser
DAVID R. KRESSER
Georgia Bar No. 429615
FISHER & PHILLIPS LLP
1075 Peachtree Street, NE
Suite 3500
Atlanta, Georgia  30308
Telephone: (404) 231-1400
Facsimile:  (404) 240-4249
dkresser@laborlawyers.com

COUNSEL FOR DEFENDANT EXEL INC.

Atlanta 1732554.1

## **CERTIFICATE OF SERVICE**

I further certify that, on June 6, 2014, I electronically filed **DEFENDANT EXEL INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> J. Stephen Mixon - steve@mixon-law.com
> Alex R. Roberson – alex@mixon-law.com
> Millar & Mixon, LLC
> 1691 Phoenix Boulevard
> Suite 150
> Atlanta, GA  30349
>
> Charles J. Cole
> Owen Gleaton Egan Jones & Sweeney, LLP
> 1180 Peachtree St., N.E.
> Suite 3000
> Atlanta, GA  30309

/s/ David R. Kresser
David R. Kresser

Atlanta 1732554.1